# U.S. DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE TO DEFEND THE PRESIDENT, | )<br>)<br>) |
| *Plaintiff*, | ) No. 18-888 (RDM)<br>)<br>) |
| v. | )<br>) |
| FEDERAL ELECTION COMMISSION, | )<br>) |
| *Defendant*. | )<br>) |

## DECLARATION OF TED HARVEY IN OPPOSITION TO PLAINTIFF FEC'S MOTION TO DISMISS

I, TED HARVEY, hereby declare as follows:

1. All of the statements contained in this declaration are based on my personal knowledge, except where stated otherwise. If called to testify in person, I would provide the same testimony.

2. I am at least 18 years old, of sound mind, and am competent to testify to the matters contained in this declaration.

3. I am chairman of Committee to Defend the President ("CDP"), a political committee registered with the Federal Election Commission.

4. CDP's main goals are to:

   a. support the agenda of President Donald J. Trump, help secure his re-election, and promote his message through purchasing advertisements, disseminating e-mails, engaging in litigation, mobilizing volunteers, conducting public education campaigns, maintaining websites, and other similar activities; and

1

    b. oppose the activities of the Democratic National Committee ("DNC"), raise public awareness of the DNC's illegal activities, and ensure the electoral defeat of the Democratic nominee for President.

  5. During the 2016 presidential election, CDP was known as "Stop Hillary PAC." During that race, its main objectives were to ensure the electoral defeat of Hillary Clinton, oppose the DNC, and support President Trump's election.

  6. I have directed our campaign finance counsel to ensure CDP conducts all of its political and election-related activities in full compliance with all aspects of federal campaign finance law. To the best of my knowledge, CDP has acted to fully comply with all aspects of federal campaign finance law, and files any necessary amendments to its public reports if any information is inadvertently omitted or misreported.

  7. CDP spent over $3 million during the 2016 presidential election cycle to oppose Secretary of State Hillary Clinton's election and support the election of President Trump. It spent these funds on a variety of efforts, including advertisements supporting Trump, developing member and supporter lists, maintaining a website, subsidizing litigation, distributing e-mails and circulating news and updates, and other political, campaigning, and public education activities.

  8. CDP intends to conduct similar activities during the 2020 presidential election cycle to support the re-election of President Trump and oppose the election of the Democratic nominee for President. It has already spent well over $1 million supporting President Trump's re-election through a variety of ways, including advertisements supporting Trump, further developing its member and supporter lists, maintaining and updating a website, distributing e-mails and circulating news and updates, and other political, campaigning, and public education activities.

9. CDP has also sought to educate the public about the DNC's scheme to funnel $84 million in contributions from Hillary Victory Fund ("the Fund"), its joint fundraising committee, to the DNC and/or Hillary for America ("Clinton Campaign"), Senator Clinton's fundraising committee, as well as the illegality of any such conspiracies. CDP has spent:

    a. $10,000 attempting to rent a billboard in Times Square educating the public about the illegality of the Democrats' scheme. The corporate tenant of the building, on whose board sit two substantial donors to the Fund, terminated the contract, forcing CDP to remove it.

    b. in excess of $100,000 researching and developing graphics, web pages, emails, and various other public communications educating the pubic about the Democratic party's conspiracy and the illegality of such effort to evade federal contribution limits and reporting requirements.

10. CDP's public education campaign concerning the Fund has two main goals:

    a. Inform the public of the illegality of the DNC and Democratic party's financial machinations to deter people from supporting or contributing to the eventual Democratic nominee for President; and

    b. Educate the public about the illegality of unreported strawman or conduit contributions, illegal circumvention efforts, illegally excessive contributions, and false FEC reporting. The Democratic Party engaged in a more than year long, nationwide scheme to funnel $84 million involving the DNC, up to 40 state parties, and a presidential candidate; CDP wishes to dispel any public misperception such blatant, persistent, extensive conduct was legal.

11. CDP intends to continue spending money to run advertisements, post billboards, generate content for newspapers and webpages, disseminate e-mails, and otherwise engage in a

public education campaign concerning the Democrats' scheme and its illegality. It seeks complete, updated, correct disclosure reports the DNC, Clinton Campaign, and state Democratic parties are required to file with the FEC to enhance the accuracy, specificity, and utility of its communications, which it will update and revise as necessary based on additional information it obtains from corrected reports.

12. If the FEC votes to dismiss CDP's administrative complaint and a federal court upholds that determination following judicial review pursuant to 52 U.S.C. § 30109(a)(8), CDP will likely cease devoting resources to educating the public about the Democrats' scheme and its illegality. If, on the other hand, the FEC enters into a public conciliation agreement with the DNC and/or state Democratic parties to prevent future violations in connection with the 2020 presidential election, or initiates civil litigation seeking such injunctive relief against them, CDP's need to educate the public on its own will be greatly alleviated and it may devote its resources to alternate means of achieving its programmatic objectives (such as those described in Paragraph 8).

13. Attached as Exhibit 1 is a true and correct copy of the Summary Page and Detailed Summary Page of Stop Hillary PAC's Report of Receipts and Disbursements for the period 10/20/2016 – 11/20/2016, electronically filed under oath with the FEC, as amended, on June 5, 2017. The complete filing, including all Schedules, is available at http://docquery.fec.gov/pdf/195/201706059055301195/201706059055301195.pdf.

14. Attached as Exhibit 2 is a true and correct copy of Committee to Defend the President's Statement of Organization, electronically filed under oath with the FEC on Jan. 28, 2017.

15. Attached as Exhibit 3 is a true and correct copy of the Summary Page and Detailed Summary Page of Committee to Defend the President's Report of Receipts and Disbursements for

the period 5/1/2018 – 5/31/2018, electronically filed under oath with the FEC on June 20, 2018. The complete filing, including all Schedules, is available at http://docquery.fec.gov/pdf/259/201806209113918259/201806209113918259.pdf

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated July 13, 2018

Ted Harvey