06/05/2017 10 : 50
Image# 201706059055301795
Case 1:18-cv-00888-RDM   Document 14-2   Filed 07/13/18   Page 1 of 5
PAGE 1 / 2019
Committee to Defend the President v Federal Election Commission, No. 18-888 (RDM) (D.D.C.)

| FEC FORM 3X | REPORT OF RECEIPTS AND DISBURSEMENTS<br>For Other Than An Authorized Committee | |
|---|---|---|

Office Use Only

**1. NAME OF COMMITTEE (in full)**   TYPE OR PRINT ▼   Example: If typing, type over the lines.   12FE4M5

Stop Hillary PAC

**ADDRESS (number and street)**
203 South Union Street
Ste 300
Alexandria    VA    22314

☐ Check if different than previously reported. (ACC)

CITY ▲   STATE ▲   ZIP CODE ▲

**2. FEC IDENTIFICATION NUMBER ▼**

C   C00544767

**3. IS THIS REPORT**   ☐ NEW (N)   OR   ☒ AMENDED (A)

**4. TYPE OF REPORT** (Choose One)

(a) Quarterly Reports:
- ☐ April 15 Quarterly Report (Q1)
- ☐ July 15 Quarterly Report (Q2)
- ☐ October 15 Quarterly Report (Q3)
- ☐ January 31 Year-End Report (YE)
- ☐ July 31 Mid-Year Report (Non-election Year Only) (MY)
- ☐ Termination Report (TER)

(b) Monthly Report Due On:
- ☐ Feb 20 (M2)  ☐ May 20 (M5)  ☐ Aug 20 (M8)  ☐ Nov 20 (M11) (Non-Election Year Only)
- ☐ Mar 20 (M3)  ☐ Jun 20 (M6)  ☐ Sep 20 (M9)  ☐ Dec 20 (M12) (Non-Election Year Only)
- ☐ Apr 20 (M4)  ☐ Jul 20 (M7)  ☐ Oct 20 (M10)  ☐ Jan 31 (YE)

(c) 12-Day **PRE**-Election Report for the:
- ☐ Primary (12P)   ☐ General (12G)   ☒ Runoff (12R)
- ☐ Convention (12C)   ☐ Special (12S)

Election on 12 / 10 / 2016 in the State of LA

(d) 30-Day **POST**-Election Report for the:
- ☐ General (30G)   ☐ Runoff (30R)   ☐ Special (30S)

Election on __ / __ / ____ in the State of ___

**5. Covering Period**   10 / 20 / 2016   through   11 / 20 / 2016

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer: Backer, Dan, , ,

Signature of Treasurer: *Backer, Dan, , ,*   *[Electronically Filed]*   Date   06 / 05 / 2017

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. § 30109.

Office Use Only

**FEC FORM 3X**
Rev. 05/2016

Image# 201706059055301196
Case 1:18-cv-00888-RDM   Document 14-2   Filed 07/13/18   Page 2 of 5
Committee to Defend the President v Federal Election Commission, No. 18-888 (RDM) (D.D.C.)

# SUMMARY PAGE
## OF RECEIPTS AND DISBURSEMENTS

FEC **Form 3X** (Rev. 05/2016) — Page **2**

Write or Type Committee Name

**Stop Hillary PAC**

Report Covering the Period: From: 10 / 20 / 2016   To: 11 / 20 / 2016

|  | COLUMN A<br>This Period | COLUMN B<br>Calendar Year-to-Date |
|---|---|---|
| 6. (a) Cash on Hand January 1, 2016 |  | 116420.64 |
| (b) Cash on Hand at Beginning of Reporting Period | 456186.92 |  |
| (c) Total Receipts (from Line 19) | 2303029.46 | 4853099.35 |
| (d) Subtotal (add Lines 6(b) and 6(c) for Column A and Lines 6(a) and 6(c) for Column B) | 2759216.38 | 4969519.99 |
| 7. Total Disbursements (from Line 31) | 1728284.13 | 3938587.74 |
| 8. Cash on Hand at Close of Reporting Period (subtract Line 7 from Line 6(d)) | 1030932.25 | 1030932.25 |
| 9. Debts and Obligations Owed **TO** the Committee (Itemize all on Schedule C and/or Schedule D) | 0.00 |  |
| 10. Debts and Obligations Owed **BY** the Committee (Itemize all on Schedule C and/or Schedule D) | 75493.28 |  |

☐ This committee has qualified as a multicandidate committee. (see FEC FORM 1M)

**For further information contact:**

Federal Election Commission
999 E Street, NW
Washington, DC 20463

Toll Free 800-424-9530
Local 202-694-1100

Image# 201706059055301197
Case 1:18-cv-00888-RDM   Document 14-2   Filed 07/13/18   Page 3 of 5
Committee to Defend the President v Federal Election Commission, No. 18-888 (RDM) (D.D.C.)

## DETAILED SUMMARY PAGE
of Receipts

FEC **Form 3X** (Rev. 05/2016)   Page **3**

Write or Type Committee Name

**Stop Hillary PAC**

Report Covering the Period: From: **10 / 20 / 2016**   To: **11 / 20 / 2016**

| I. Receipts | COLUMN A<br>Total This Period | COLUMN B<br>Calendar Year-to-Date |
|---|---:|---:|
| 11. Contributions (other than loans) From: | | |
| (a) Individuals/Persons Other Than Political Committees | | |
| (i) Itemized (use Schedule A) | 0.00 | 4122.00 |
| (ii) Unitemized | 2775.00 | 77004.70 |
| (iii) TOTAL (add Lines 11(a)(i) and (ii)) | 2775.00 | 81126.70 |
| (b) Political Party Committees | 0.00 | 0.00 |
| (c) Other Political Committees (such as PACs) | 0.00 | 0.00 |
| (d) Total Contributions (add Lines 11(a)(iii), (b), and (c)) (Carry Totals to Line 33, page 5) | 2775.00 | 81126.70 |
| 12. Transfers From Affiliated/Other Party Committees | 0.00 | 0.00 |
| 13. All Loans Received | 0.00 | 0.00 |
| 14. Loan Repayments Received | 0.00 | 0.00 |
| 15. Offsets To Operating Expenditures (Refunds, Rebates, etc.) (Carry Totals to Line 37, page 5) | 0.00 | 170.00 |
| 16. Refunds of Contributions Made to Federal Candidates and Other Political Committees | 0.00 | 0.00 |
| 17. Other Federal Receipts (Dividends, Interest, etc.) | 2300254.46 | 4771802.65 |
| 18. Transfers from Non-Federal and Levin Funds | | |
| (a) Non-Federal Account (from Schedule H3) | 0.00 | 0.00 |
| (b) Levin Funds (from Schedule H5) | 0.00 | 0.00 |
| (c) Total Transfers (add 18(a) and 18(b)) | 0.00 | 0.00 |
| 19. Total Receipts (add Lines 11(d), 12, 13, 14, 15, 16, 17, and 18(c)) | 2303029.46 | 4853099.35 |
| 20. Total Federal Receipts (subtract Line 18(c) from Line 19) | 2303029.46 | 4853099.35 |

Image# 201706059055301198
Case 1:18-cv-00888-RDM   Document 14-2   Filed 07/13/18   Page 4 of 5
Committee to Defend the President v Federal Election Commission, No. 18-888 (RDM) (D.D.C.)

# DETAILED SUMMARY PAGE
## of Disbursements

FEC **Form 3X** (Rev. 05/2016)                                                                                              Page **4**

| II. Disbursements | COLUMN A<br>Total This Period | COLUMN B<br>Calendar Year-to-Date |
|---|---:|---:|
| 21. Operating Expenditures: | | |
| (a) Allocated Federal/Non-Federal Activity (from Schedule H4) | | |
| (i) Federal Share | 0.00 | 0.00 |
| (ii) Non-Federal Share | 0.00 | 0.00 |
| (b) Other Federal Operating Expenditures | 669.89 | 35479.48 |
| (c) Total Operating Expenditures (add 21(a)(i), (a)(ii), and (b)) ▶ | 669.89 | 35479.48 |
| 22. Transfers to Affiliated/Other Party Committees | 0.00 | 0.00 |
| 23. Contributions to Federal Candidates/Committees and Other Political Committees | 45000.00 | 52000.00 |
| 24. Independent Expenditures (use Schedule E) | 1265450.60 | 3048355.30 |
| 25. Coordinated Party Expenditures (52 U.S.C. § 30116(d)) (use Schedule F) | 0.00 | 0.00 |
| 26. Loan Repayments Made | 0.00 | 34507.06 |
| 27. Loans Made | 0.00 | 0.00 |
| 28. Refunds of Contributions To: | | |
| (a) Individuals/Persons Other Than Political Committees | 35121.65 | 58578.56 |
| (b) Political Party Committees | 0.00 | 0.00 |
| (c) Other Political Committees (such as PACs) | 0.00 | 0.00 |
| (d) Total Contribution Refunds (add Lines 28(a), (b), and (c)) ▶ | 35121.65 | 58578.56 |
| 29. Other Disbursements (Including Non-Federal Donations) | 382041.99 | 709667.34 |
| 30. Federal Election Activity (52 U.S.C. § 30101(20)) | | |
| (a) Allocated Federal Election Activity (from Schedule H6) | | |
| (i) Federal Share | 0.00 | 0.00 |
| (ii) "Levin" Share | 0.00 | 0.00 |
| (b) Federal Election Activity Paid Entirely With Federal Funds | 0.00 | 0.00 |
| (c) Total Federal Election Activity (add Lines 30(a)(i), 30(a)(ii) and 30(b)) ▶ | 0.00 | 0.00 |
| 31. Total Disbursements (add Lines 21(c), 22, 23, 24, 25, 26, 27, 28(d), 29 and 30(c)) | 1728284.13 | 3938587.74 |
| 32. Total Federal Disbursements (subtract Line 21(a)(ii) and Line 30(a)(ii) from Line 31) | 1728284.13 | 3938587.74 |

Image# 201706059055301199
Case 1:18-cv-00888-RDM   Document 14-2   Filed 07/13/18   Page 5 of 5
Committee to Defend the President v Federal Election Commission, No. 18-888 (RDM) (D.D.C.)

**DETAILED SUMMARY PAGE**
of Disbursements

FEC **Form 3X** (Rev. 05/2016)　　　　　　　　　　　　　　　　　　　　　　　　　　　Page **5**

| III. Net Contributions/ Operating Expenditures | COLUMN A Total This Period | COLUMN B Calendar Year-to-Date |
|---|---|---|
| 33. Total Contributions (other than loans) (from Line 11(d), page 3) | 2775.00 | 81126.70 |
| 34. Total Contribution Refunds (from Line 28(d)) | 35121.65 | 58578.56 |
| 35. Net Contributions (other than loans) (subtract Line 34 from Line 33) | -32346.65 | 22548.14 |
| 36. Total Federal Operating Expenditures (add Line 21(a)(i) and Line 21(b)) ▶ | 669.89 | 35479.48 |
| 37. Offsets to Operating Expenditures (from Line 15, page 3) | 0.00 | 170.00 |
| 38. Net Operating Expenditures (subtract Line 37 from Line 36) ▶ | 669.89 | 35309.48 |