Image# 20170128904153261955
Case 1:18-cv-00888-RDM   Document 14-3   Filed 07/13/18   Page 1 of 5
05/28/2017 14 : 18
PAGE 1 / 5
Committee to Defend the President v Federal Election Commission, No. 18-888 (RDM) (D.D.C.)

# STATEMENT OF ORGANIZATION

**FEC FORM 1**

Office Use Only

`12FE4M5`

Example: If typing, type over the lines.

1. **NAME OF COMMITTEE** (in full)   ☒ (Check if name is changed)

The Committee To Defend The President

**ADDRESS** (number and street)   ☐ (Check if address is changed)

203 South Union Street
Ste 300

Alexandria — CITY ▲
VA — STATE ▲
22314 — ZIP CODE ▲

**COMMITTEE'S E-MAIL ADDRESS**   ☒ (Check if address is changed)

compliance@dbcapitolstrategies.com

Optional Second E-Mail Address
katie@dbcapitolstrategies.com

**COMMITTEE'S WEB PAGE ADDRESS (URL)**   ☒ (Check if address is changed)

www.committeetodefendthepresident.com

2. **DATE**   01 / 28 / 2017

3. **FEC IDENTIFICATION NUMBER** ▶   C  C00544767

4. **IS THIS STATEMENT**   ☐ NEW (N)   **OR**   ☒ AMENDED (A)

I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer   Backer, Dan, , ,

Signature of Treasurer   *Backer, Dan, , ,*   *[Electronically Filed]*   Date   01 / 28 / 2017

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to the penalties of 2 U.S.C. §437g.
ANY CHANGE IN INFORMATION SHOULD BE REPORTED WITHIN 10 DAYS.

Office Use Only

**For further information contact:**
Federal Election Commission
Toll Free 800-424-9530
Local 202-694-1100

**FEC FORM 1**
(Revised 06/2012)

| FEC **Form 1** (Revised 02/2009) | Page **2** |
|---|---|

5. TYPE OF COMMITTEE

   **Candidate Committee:**

   (a) ☐ This committee is a principal campaign committee. (Complete the candidate information below.)

   (b) ☐ This committee is an authorized committee, and is NOT a principal campaign committee. (Complete the candidate information below.)

   Name of Candidate _____

   Candidate Party Affiliation _____   Office Sought: ☐ House  ☐ Senate  ☐ President   State ____  District ____

   (c) ☐ This committee supports/opposes only one candidate, and is NOT an authorized committee.

   Name of Candidate _____

   **Party Committee:**

   (d) ☐ This committee is a _____ (National, State or subordinate) committee of the _____ (Democratic, Republican, etc.) Party.

   **Political Action Committee (PAC):**

   (e) ☐ This committee is a separate segregated fund. (Identify connected organization on line 6.) Its connected organization is a:

   ☐ Corporation     ☐ Corporation w/o Capital Stock     ☐ Labor Organization

   ☐ Membership Organization     ☐ Trade Association     ☐ Cooperative

   ☐ In addition, this committee is a Lobbyist/Registrant PAC.

   (f) ☒ This committee supports/opposes more than one Federal candidate, and is NOT a separate segregated fund or party committee. (i.e., nonconnected committee)

   ☐ In addition, this committee is a Lobbyist/Registrant PAC.

   ☐ In addition, this committee is a Leadership PAC. (Identify sponsor on line 6.)

   **Joint Fundraising Representative:**

   (g) ☐ This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, at least one of which is an authorized committee of a federal candidate.

   (h) ☐ This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, none of which is an authorized committee of a federal candidate.

   Committees Participating in Joint Fundraiser

   1. _____  FEC ID number  C_____
   2. _____  FEC ID number  C_____
   3. _____  FEC ID number  C_____
   4. _____  FEC ID number  C_____

Image# 20170128904153624
Case 1:18-cv-00888-RDM   Document 14-3   Filed 07/13/18   Page 3 of 5
Committee to Defend the President v Federal Election Commission, No. 18-888 (RDM) (D.D.C.)

FEC **Form 1** (Revised 02/2009)     Page **3**

Write or Type Committee Name

# The Committee To Defend The President

**6. Name of Any Connected Organization, Affiliated Committee, Joint Fundraising Representative, or Leadership PAC Sponsor**

NONE

Mailing Address

CITY     STATE     ZIP CODE

Relationship: ☐ Connected Organization ☐ Affiliated Committee ☐ Joint Fundraising Representative ☐ Leadership PAC Sponsor

---

**7. Custodian of Records:** Identify by name, address (phone number -- optional) and position of the person in possession of committee books and records.

Full Name: Backer, Dan, , ,

Mailing Address: 203 South Union Street
Ste 300
Alexandria     VA     22314

CITY     STATE     ZIP CODE

Title or Position: Treasurer

Telephone number: 202-210-5431

---

**8. Treasurer:** List the name and address (phone number -- optional) of the treasurer of the committee; and the name and address of any designated agent (e.g., assistant treasurer).

Full Name of Treasurer: Backer, Dan, , ,

Mailing Address: 203 South Union Street
Ste 300
Alexandria     VA     22314

CITY     STATE     ZIP CODE

Title or Position: Treasurer

Telephone number: 202-210-5431

Image# 20170128904153262
Case 1:18-cv-00888-RDM Document 14-3 Filed 07/13/18 Page 4 of 5
Committee to Defend the President v Federal Election Commission, No. 18-888 (RDM) (D.D.C.)

FEC **Form 1** (Revised 02/2009) Page **4**

Full Name of Designated Agent: Granger, Sarah, K, ,

Mailing Address: 203 South Union Street
Ste 300
Alexandria, VA 22314
CITY / STATE / ZIP CODE

Title or Position: Assistant Treasurer

Telephone number: 202-210-5431

9. **Banks or Other Depositories:** List all banks or other depositories in which the committee deposits funds, holds accounts, rents safety deposit boxes or maintains funds.

Name of Bank, Depository, etc.

Access National Bank

Mailing Address: 4221 Walney Road
Suite 120
Chantilly, VA 20151
CITY / STATE / ZIP CODE

Name of Bank, Depository, etc.

Mailing Address:

CITY / STATE / ZIP CODE

: 97 A G7 9 @ B9C1 G H9 L H F 9 @ F 98 HC 5 F 9 D C F H Z G7 <9 8 1 @ C F +9 A N5 H CB

**Form/Schedule:** F1A
**Transaction ID :**

The committee has changed its name from "Stop Hillary PAC" to "The Committee To Defend The President."

**Form/Schedule:** F1A
**Transaction ID:**

Consistent with the stipulated judgment in Carey v. FEC, this committee intends to establish a separate bank account to deposit and withdraw funds raisedin unlimited amounts from individuals, corporations, labor organizations, and/or other political committees. The funds maintained in this separate account will not be used to make contributions, whether direct, in-kind, or via coordinated communications, or coordinated expenditures, to federal candidates or committees.