06/20/2018 15 : 37
Image# 201806209113918259
Case 1:18-cv-00888-RDM   Document 14-4   Filed 07/13/18   Page 1 of 5
Committee to Defend the President v Federal Election Commission, No. 18-888 (RDM) (D.D.C.)
PAGE 1 / 610

# REPORT OF RECEIPTS AND DISBURSEMENTS

**For Other Than An Authorized Committee**

**FEC FORM 3X**

Office Use Only

Example: If typing, type over the lines.   **12FE4M5**

**1. NAME OF COMMITTEE (in full)**   TYPE OR PRINT ▼

The Committee To Defend The President

**ADDRESS (number and street)**
203 South Union Street
Ste 300
Alexandria    VA   22314

☐ Check if different than previously reported. (ACC)

CITY ▲    STATE ▲    ZIP CODE ▲

**2. FEC IDENTIFICATION NUMBER ▼**

C   C00544767

**3. IS THIS REPORT**   ☒ NEW (N)   **OR**   ☐ AMENDED (A)

**4. TYPE OF REPORT** (Choose One)

(a) Quarterly Reports:
- ☐ April 15 Quarterly Report (Q1)
- ☐ July 15 Quarterly Report (Q2)
- ☐ October 15 Quarterly Report (Q3)
- ☐ January 31 Year-End Report (YE)
- ☐ July 31 Mid-Year Report (Non-election Year Only) (MY)
- ☐ Termination Report (TER)

(b) Monthly Report Due On:
- ☐ Feb 20 (M2)
- ☐ Mar 20 (M3)
- ☐ Apr 20 (M4)
- ☐ May 20 (M5)
- ☒ Jun 20 (M6)
- ☐ Jul 20 (M7)
- ☐ Aug 20 (M8)
- ☐ Sep 20 (M9)
- ☐ Oct 20 (M10)
- ☐ Nov 20 (M11) (Non-Election Year Only)
- ☐ Dec 20 (M12) (Non-Election Year Only)
- ☐ Jan 31 (YE)

(c) 12-Day **PRE**-Election Report for the:
- ☐ Primary (12P)   ☐ General (12G)   ☐ Runoff (12R)
- ☐ Convention (12C)   ☐ Special (12S)

Election on ___/___/_____ in the State of ____

(d) 30-Day **POST**-Election Report for the:
- ☐ General (30G)   ☐ Runoff (30R)   ☐ Special (30S)

Election on ___/___/_____ in the State of ____

**5. Covering Period**   05 / 01 / 2018   through   05 / 31 / 2018

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer: Backer, Dan, , ,

Signature of Treasurer: *Backer, Dan, , ,*   *[Electronically Filed]*   Date: 06 / 20 / 2018

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. § 30109.

Office Use Only

**FEC FORM 3X**
Rev. 05/2016

Image# 20180620911391826O
Case 1:18-cv-00888-RDM   Document 14-4   Filed 07/13/18   Page 2 of 5
Committee to Defend the President v Federal Election Commission, No. 18-888 (RDM) (D.D.C.)

# SUMMARY PAGE
## OF RECEIPTS AND DISBURSEMENTS

FEC **Form 3X** (Rev. 05/2016)      Page **2**

Write or Type Committee Name

**The Committee To Defend The President**

Report Covering the Period: From: 05 / 01 / 2018  To: 05 / 31 / 2018

| | COLUMN A<br>This Period | COLUMN B<br>Calendar Year-to-Date |
|---|---|---|
| 6. (a) Cash on Hand January 1, 2018 | | 2080731.79 |
| (b) Cash on Hand at Beginning of Reporting Period | 2157168.64 | |
| (c) Total Receipts (from Line 19) | 388940.44 | 1546245.70 |
| (d) Subtotal (add Lines 6(b) and 6(c) for Column A and Lines 6(a) and 6(c) for Column B) | 2546109.08 | 3626977.49 |
| 7. Total Disbursements (from Line 31) | 395572.64 | 1476441.05 |
| 8. Cash on Hand at Close of Reporting Period (subtract Line 7 from Line 6(d)) | 2150536.44 | 2150536.44 |
| 9. Debts and Obligations Owed **TO** the Committee (Itemize all on Schedule C and/or Schedule D) | 0.00 | |
| 10. Debts and Obligations Owed **BY** the Committee (Itemize all on Schedule C and/or Schedule D) | 22000.00 | |

[x] This committee has qualified as a multicandidate committee. (see FEC FORM 1M)

**For further information contact:**

Federal Election Commission
999 E Street, NW
Washington, DC 20463

Toll Free 800-424-9530
Local 202-694-1100

Image# 20180620911391826l
Case 1:18-cv-00888-RDM   Document 14-4   Filed 07/13/18   Page 3 of 5
Committee to Defend the President v Federal Election Commission, No. 18-888 (RDM) (D.D.C.)

**DETAILED SUMMARY PAGE**
of Receipts

FEC **Form 3X** (Rev. 05/2016) Page **3**

Write or Type Committee Name

The Committee To Defend The President

Report Covering the Period: From: 05 / 01 / 2018   To: 05 / 31 / 2018

| I. Receipts | COLUMN A<br>Total This Period | COLUMN B<br>Calendar Year-to-Date |
|---|---:|---:|
| 11. Contributions (other than loans) From: | | |
| (a) Individuals/Persons Other Than Political Committees | | |
| (i) Itemized (use Schedule A) | 15859.00 | 51864.00 |
| (ii) Unitemized | 86020.20 | 329381.19 |
| (iii) TOTAL (add Lines 11(a)(i) and (ii)) | 101879.20 | 381245.19 |
| (b) Political Party Committees | 0.00 | 0.00 |
| (c) Other Political Committees (such as PACs) | 0.00 | 0.00 |
| (d) Total Contributions (add Lines 11(a)(iii), (b), and (c)) (Carry Totals to Line 33, page 5) | 101879.20 | 381245.19 |
| 12. Transfers From Affiliated/Other Party Committees | 0.00 | 0.00 |
| 13. All Loans Received | 0.00 | 0.00 |
| 14. Loan Repayments Received | 0.00 | 0.00 |
| 15. Offsets To Operating Expenditures (Refunds, Rebates, etc.) (Carry Totals to Line 37, page 5) | 1327.95 | 16230.14 |
| 16. Refunds of Contributions Made to Federal Candidates and Other Political Committees | 0.00 | 0.00 |
| 17. Other Federal Receipts (Dividends, Interest, etc.) | 285733.29 | 1148770.37 |
| 18. Transfers from Non-Federal and Levin Funds | | |
| (a) Non-Federal Account (from Schedule H3) | 0.00 | 0.00 |
| (b) Levin Funds (from Schedule H5) | 0.00 | 0.00 |
| (c) Total Transfers (add 18(a) and 18(b)) | 0.00 | 0.00 |
| 19. Total Receipts (add Lines 11(d), 12, 13, 14, 15, 16, 17, and 18(c)) | 388940.44 | 1546245.70 |
| 20. Total Federal Receipts (subtract Line 18(c) from Line 19) | 388940.44 | 1546245.70 |

Image# 20180620911391826

Case 1:18-cv-00888-RDM   Document 14-4   Filed 07/13/18   Page 4 of 5

Committee to Defend the President v Federal Election Commission, No. 18-888 (RDM) (D.D.C.)

# DETAILED SUMMARY PAGE
## of Disbursements

FEC **Form 3X** (Rev. 05/2016)                                                                                           Page **4**

| II. Disbursements | COLUMN A<br>Total This Period | COLUMN B<br>Calendar Year-to-Date |
|---|---|---|
| 21. Operating Expenditures: | | |
| (a) Allocated Federal/Non-Federal Activity (from Schedule H4) | | |
| (i) Federal Share | 0.00 | 0.00 |
| (ii) Non-Federal Share | 0.00 | 0.00 |
| (b) Other Federal Operating Expenditures | 4310.54 | 10226.28 |
| (c) Total Operating Expenditures (add 21(a)(i), (a)(ii), and (b)) | 4310.54 | 10226.28 |
| 22. Transfers to Affiliated/Other Party Committees | 0.00 | 0.00 |
| 23. Contributions to Federal Candidates/Committees and Other Political Committees | 12207.00 | 23207.00 |
| 24. Independent Expenditures (use Schedule E) | 276677.38 | 964755.43 |
| 25. Coordinated Party Expenditures (52 U.S.C. § 30116(d)) (use Schedule F) | 0.00 | 0.00 |
| 26. Loan Repayments Made | 0.00 | 0.00 |
| 27. Loans Made | 0.00 | 0.00 |
| 28. Refunds of Contributions To: | | |
| (a) Individuals/Persons Other Than Political Committees | 11129.00 | 67305.00 |
| (b) Political Party Committees | 0.00 | 0.00 |
| (c) Other Political Committees (such as PACs) | 0.00 | 0.00 |
| (d) Total Contribution Refunds (add Lines 28(a), (b), and (c)) | 11129.00 | 67305.00 |
| 29. Other Disbursements (Including Non-Federal Donations) | 91248.72 | 410947.34 |
| 30. Federal Election Activity (52 U.S.C. § 30101(20)) | | |
| (a) Allocated Federal Election Activity (from Schedule H6) | | |
| (i) Federal Share | 0.00 | 0.00 |
| (ii) "Levin" Share | 0.00 | 0.00 |
| (b) Federal Election Activity Paid Entirely With Federal Funds | 0.00 | 0.00 |
| (c) Total Federal Election Activity (add Lines 30(a)(i), 30(a)(ii) and 30(b)) | 0.00 | 0.00 |
| 31. Total Disbursements (add Lines 21(c), 22, 23, 24, 25, 26, 27, 28(d), 29 and 30(c)) | 395572.64 | 1476441.05 |
| 32. Total Federal Disbursements (subtract Line 21(a)(ii) and Line 30(a)(ii) from Line 31) | 395572.64 | 1476441.05 |

Image# 201806209113918263
Case 1:18-cv-00888-RDM   Document 14-4   Filed 07/13/18   Page 5 of 5
Committee to Defend the President v Federal Election Commission, No. 18-888 (RDM) (D.D.C.)

**DETAILED SUMMARY PAGE**
of Disbursements

FEC **Form 3X** (Rev. 05/2016) — Page **5**

| III. Net Contributions/ Operating Expenditures | COLUMN A Total This Period | COLUMN B Calendar Year-to-Date |
|---|---|---|
| 33. Total Contributions (other than loans) (from Line 11(d), page 3) ............................ | 101879.20 | 381245.19 |
| 34. Total Contribution Refunds (from Line 28(d)) ........................................ | 11129.00 | 67305.00 |
| 35. Net Contributions (other than loans) (subtract Line 34 from Line 33) ................ | 90750.20 | 313940.19 |
| 36. Total Federal Operating Expenditures (add Line 21(a)(i) and Line 21(b)) ......... ▶ | 4310.54 | 10226.28 |
| 37. Offsets to Operating Expenditures (from Line 15, page 3)............................... | 1327.95 | 16230.14 |
| 38. Net Operating Expenditures (subtract Line 37 from Line 36) .............. ▶ | 2982.59 | − 6003.86 |