U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE TO DEFEND THE PRESIDENT,<br><br>                *Plaintiff,*<br><br>    v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>                *Defendant,* | No. 18-888 (RDM) |

## DECLARATION OF PETRA MANGINI IN OPPOSITION TO PLAINTIFF FEC'S MOTION TO DISMISS

I, PETRA MANGINI, hereby declare as follows:

1. All of the statements contained in this declaration are based on my personal knowledge, except where stated otherwise. If called to testify in person, I would provide the same testimony.

2. I am at least 18 years old, of sound mind, and am competent to testify to the matters contained in this declaration.

3. I am licensed to practice law in the State of New York and the District of Columbia, but not before this Court.

4. I am an associate attorney with political.law PLLC, which represents the Plaintiff Committee to Defend the President ("CDP") in this case. I have conducted limited legal research and performed some administrative tasks in connection with this lawsuit but am not a counsel of record in this case and have not entered an appearance on behalf of CDP.

5. I performed extensive research in support of CDP's underlying administrative complaint to the FEC concerning the conduct of the Democratic National Committee ("DNC"),

1

state Democratic parties, and Hillary for America ("HFA") concerning Hillary Victory Fund ("the Fund") during the 2016 presidential election cycle.

6. As part of this research, I reviewed the Fund's publicly available FEC filings. These filings are available at https://www.fec.gov/data/committee/C00586537/?cycle=2016.

7. Based on my review of contributions made to the Fund, available at https://www.fec.gov/data/receipts/?committee_id=C00586537&two_year_transaction_period=2016&data_type=processed&min_date=01%2F01%2F2015&max_date=12%2F31%2F2016, I have reached the following conclusions:

   a. Approximately 1,550 people contributed $40,000 or more to the Fund.

   b. Of those contributors, 538 contributed over $100,000 to the Fund.

   c. The remaining 1012 people contributed between $40,000 and $100,000.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated July 13, 2018

*Petra C. Mangini*
Petra Mangini