# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE TO DEFEND THE PRESIDENT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL ELECTION COMMISSION, ) <br> ) <br> Defendant. ) <br> ) | Civ. No. 18-888 (RDM) <br><br> JOINT STIPULATION <br> OF DISMISSAL |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties hereby agree to the voluntary dismissal of this action.

Committee to Defend the President ("CDP") brought this action seeking a declaratory judgment and an injunction ordering the Federal Election Commission ("FEC" or "Commission") to act on an administrative complaint CDP had filed against Hillary Victory Fund and related persons and entities. (Verified Complaint, Prayer for Relief 1 & 2 (Docket No. 1).) In particular, CDP sought an injunction ordering the FEC to vote on whether there was reason to believe that the administrative respondents violated the law. (Verified Complaint, Prayer for Relief 2.a (Docket No. 1).) On April 29, 2019, the Commission held that vote. The FEC then voted to close its file in the matter.

As a result, all parties stipulate to dismissal of this action. Each party will bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated May 23, 2019 | Respectfully submitted, |
| Lisa J. Stevenson (D.C. Bar No. 457628)<br>Acting General Counsel<br>lstevenson@fec.gov | */s/ Dan Backer*<br>political.law PLLC<br>441 North Lee Street, Suite 300<br>Alexandria, VA 22314 |
| Kevin Deeley<br>Associate General Counsel<br>kdeeley@fec.gov | (202) 210-5431<br>dan@political.law |
| Harry J. Summers<br>Assistant General Counsel<br>hsummers@fec.gov | *Counsel for Plaintiff Committee to Defend the President* |
| */s/ Seth Nesin*<br>Seth Nesin<br>Attorney<br>snesin@fec.gov | |
| FEDERAL ELECTION COMMISSION<br>1050 First Street NE<br>Washington, DC 20463<br>(202) 694-1650 | |
| *Counsel for Defendant Federal Election Commission* | |